UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH-WILLIAM BAUER,

    Plaintiff,

v.                                              Case No. 2:04-cv-153
                                                  CONSENT CASE

LINDA SCHNEIDER,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendant's motion for summary judgment (Docket #52) is GRANTED and this case is DISMISSED with prejudice.


                                                    /s/ Timothy P. Greeley
                                                   TIMOTHY P. GREELEY
                                                   UNITED STATES MAGISTRATE JUDGE

Dated:   June 28, 2005